**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6076

STEVEN HAWKINS,

Plaintiff - Appellant,

versus

CHARLES COUNTY DETENTION CENTER; CHARLES J.
MCDEVITT, Warden; WALTER POYNER, JR., Security
Chief,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-95-410-AW)

Submitted:  May 16, 1996                Decided:  June 4, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Hawkins, Appellant Pro Se.  Arthur Charles Crum, Jr., Balti-
more, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to vacate the order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hawkins v. Charles County Detention Ctr.</u>, No. CA-95-410-AW (D. Md. Dec. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2